



# MEMORANDUM OPINION

No. 04-10-00426-CV

Ramil **JUMAO-AS**, M.D., and InPatient Consultants of Texas, P.L.L.C.,
Appellants

v.

William **ALLEN**, Jr., Individually and on Behalf of the Estate of Mary Allen, Deceased, and as
Next Friend of Marissa Allen, a Minor, and William Allen, III,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14250
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  February 16, 2011

REVERSED AND REMANDED

On November 23, 2010, we abated the appeal for 60 days so that the parties could finalize the settlement agreement reached during mediation. On January 26, 2011, the parties filed a joint motion stating that the settlement has been finalized, and asking that we reverse the trial court's judgment dated March 5, 2010 without regard to the merits, and remand the cause to the trial court for the purpose of rendering an agreed take-nothing final judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d). The parties further request that we release obligations on the

supersedeas bond and direct the Clerk of this court to issue the mandate *instanter*. The parties have agreed that each party will bear its own appellate costs.

Accordingly, we order the abatement lifted and reinstate the appeal. We further grant the parties' motion. The judgment of the trial court is reversed and the cause is remanded to the trial court for entry of a take-nothing judgment in accordance with the parties' settlement agreement.

Costs of the appeal are taxed against the party incurring same. The obligations on the supersedeas bond are discharged.

The Clerk of this court is directed to issue the mandate in this appeal immediately. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM